MARIA COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

---

October 31st 2024

**Via CM/ECF**
Honorable Judge Hon. Lewis J. Liman
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      ***RE: Abeth Hashimi v. 223 Avenue B Corp et al***
      ***Civil Action 1:24-cv-04661-LJL***
      ***Joint Letter-Notice of Settlement in Principle***

Your Honor:

      I represent the Plaintiff in the above-referenced matter.

      The parties are happy to inform the Court that they have reached a settlement.

      Pursuant to the agreement, the parties request 5 days to file their stipulation of dismissal.

      Thank you for your consideration.

                Respectfully Submitted,

                **BARDUCCI LAW FIRM**

                s/Maria Costanza Barducci, Esq.
                MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only